AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), & (b)(1)(A)(vi) – Conspiracy to Dist. & PWID Fentanyl
21 U.S.C. § 841(a)(1) & (b)(1)(A)(vi) – PWID Fentanyl
21 U.S.C. § 841(a)(1), (b)(1)(B)(i), (ii) – PWID Heroin, Cocaine
21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) – PWID & Dist. Meth
21 U.S.C. § 841(a)(1), (b)(1)(C) – PWID & Dist. Meth

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment (Counts 1-4, 7-8)

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## DEFENDANT - U.S

▶ Melvin Alexis Diaz Arteaga

DISTRICT COURT NUMBER
CR 23 0002

FILED
JAN 05 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE
JSC

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA TFO Michael Cunnie

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.
_____

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3:22-mj-71287

Name and Office of Person Furnishing Information on this form    Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Nicholas M. Parker

## DEFENDANT

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

### IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer  ☐ Yes   If "Yes"
been filed?   ☐ No    give date filed _____

DATE OF ARREST ▶ Month/Day/Year   Nov. 16, 2022

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY  _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

<u>U.S. v. Melvin DIAZ, Gustavo ERAZO, and Luis ERAZO-CENTENO</u>
**Maximum Penalties**

Counts 1-2 (DIAZ and ERAZO):

- Imprisonment: **Min. 10 years – Max. life** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Fine: **$10 million** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Supervised Release: **Min. 5 years – Max. life** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Counts 3-4 (DIAZ and ERAZO):

- Imprisonment: **Min. 5 years – Max. 40 years** (21 U.S.C. § 841(b)(1)(B))
- Fine: **$5 million** (21 U.S.C. § 841(b)(1)(B))
- Supervised Release: **Min. 4 years – Max. life** (21 U.S.C. § 841(b)(1)(B))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 5 (ERAZO-CENTENO):

- Imprisonment: **20 years** (21 U.S.C. § 841(b)(1)(C))
- Fine: **$1 million** (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **Min. 3 years – Max. life** (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 6 (ERAZO-CENTENO):

- Imprisonment: **10 years** (18 U.S.C. § 3; 21 U.S.C. § 841(b)(1)(C))
- Fine: **$500,000** (18 U.S.C. § 3; 21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **3 years** (18 U.S.C. § 3583(b)(2))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture**

Count 7 (DIAZ):

- Imprisonment: **Min. 5 years – Max. 40 years** (21 U.S.C. § 841(b)(1)(B))
- Fine: **$5 million** (21 U.S.C. § 841(b)(1)(B))
- Supervised Release: **Min. 4 years – Max. life** (21 U.S.C. § 841(b)(1)(B))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 8 (DIAZ):

- Imprisonment: **20 years** (21 U.S.C. § 841(b)(1)(C))
- Fine: **$1 million** (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **Min. 3 years – Max. life** (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

## OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(vi) – Conspiracy to Dist. & Possess w/ Intent to Dist. Fentanyl
21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) – Possess w/ Intent to Dist. Fentanyl
21 U.S.C. § 841(a)(1), (b)(1)(B)(i), (ii) – Possess w/ Intent to Dist. Heroin and Cocaine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attachment (Counts 1-4)

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
Gustavo Erazo

**DISTRICT COURT NUMBER**
CR 23 0002

FILED JAN 05 2023 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA OAKLAND OFFICE
JSC

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA TFO Michael Cunnie

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3:22-mj-71495

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Nicholas M. Parker

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

U.S. v. Melvin DIAZ, Gustavo ERAZO, and Luis ERAZO-CENTENO
**Maximum Penalties**

Counts 1-2 (DIAZ and ERAZO):

- Imprisonment: **Min. 10 years – Max. life** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Fine: **$10 million** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Supervised Release: **Min. 5 years – Max. life** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Special Assessment: $100 (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Counts 3-4 (DIAZ and ERAZO):

- Imprisonment: **Min. 5 years – Max. 40 years** (21 U.S.C. § 841(b)(1)(B))
- Fine: **$5 million** (21 U.S.C. § 841(b)(1)(B))
- Supervised Release: **Min. 4 years – Max. life** (21 U.S.C. § 841(b)(1)(B))
- Special Assessment: $100 (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 5 (ERAZO-CENTENO):

- Imprisonment: **20 years** (21 U.S.C. § 841(b)(1)(C))
- Fine: **$1 million** (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **Min. 3 years – Max. life** (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: $100 (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 6 (ERAZO-CENTENO):

- Imprisonment: **10 years** (18 U.S.C. § 3; 21 U.S.C. § 841(b)(1)(C))
- Fine: **$500,000** (18 U.S.C. § 3; 21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **3 years** (18 U.S.C. § 3583(b)(2))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture**

Count 7 (DIAZ):

- Imprisonment: **Min. 5 years – Max. 40 years** (21 U.S.C. § 841(b)(1)(B))
- Fine: **$5 million** (21 U.S.C. § 841(b)(1)(B))
- Supervised Release: **Min. 4 years – Max. life** (21 U.S.C. § 841(b)(1)(B))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture**    21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 8 (DIAZ):

- Imprisonment: **20 years** (21 U.S.C. § 841(b)(1)(C))
- Fine: **$1 million** (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **Min. 3 years – Max. life** (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture**    21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

21 U.S.C. § 841(a)(1), (b)(1)(C) – Possession with Intent to Distribute Fentanyl

18 U.S.C. § 3 – Accessory After the Fact

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attachment (Counts 5-6)

**DEFENDANT - U.S**
Luis Almicar Erazo-Centeno

**DISTRICT COURT NUMBER**
CR 23 0002 JSC

FILED JAN 05 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
DEA TFO Michael Cunnie

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form** Stephanie M. Hinds
☒ U.S. Attorney ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)** Nicholas M. Parker

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  ☒ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year Nov. 16, 2022

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

U.S. v. Melvin DIAZ, Gustavo ERAZO, and Luis ERAZO-CENTENO
**Maximum Penalties**

Counts 1-2 (DIAZ and ERAZO):

- Imprisonment: **Min. 10 years – Max. life** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Fine: **$10 million** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Supervised Release: **Min. 5 years – Max. life** (21 U.S.C. §§ 841(b)(1)(A), 846)
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Counts 3-4 (DIAZ and ERAZO):

- Imprisonment: **Min. 5 years – Max. 40 years** (21 U.S.C. § 841(b)(1)(B))
- Fine: **$5 million** (21 U.S.C. § 841(b)(1)(B))
- Supervised Release: **Min. 4 years – Max. life** (21 U.S.C. § 841(b)(1)(B))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 5 (ERAZO-CENTENO):

- Imprisonment: **20 years** (21 U.S.C. § 841(b)(1)(C))
- Fine: **$1 million** (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **Min. 3 years – Max. life** (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 6 (ERAZO-CENTENO):

- Imprisonment: **10 years** (18 U.S.C. § 3; 21 U.S.C. § 841(b)(1)(C))
- Fine: **$500,000** (18 U.S.C. § 3; 21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **3 years** (18 U.S.C. § 3583(b)(2))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture**

Count 7 (DIAZ):

- Imprisonment: **Min. 5 years – Max. 40 years** (21 U.S.C. § 841(b)(1)(B))
- Fine: **$5 million** (21 U.S.C. § 841(b)(1)(B))
- Supervised Release: **Min. 4 years – Max. life** (21 U.S.C. § 841(b)(1)(B))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

Count 8 (DIAZ):

- Imprisonment: **20 years** (21 U.S.C. § 841(b)(1)(C))
- Fine: **$1 million** (21 U.S.C. § 841(b)(1)(C))
- Supervised Release: **Min. 3 years – Max. life** (21 U.S.C. § 841(b)(1)(C))
- Special Assessment: **$100** (18 U.S.C. § 3013(a)(2)(A))
- **Forfeiture** 21 U.S.C. § 853(a)
- **Deportation**
- **Denial of Federal Benefits**

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

JAN 05 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

MELVIN ALEXIS DIAZ ARTEAGA;
GUSTAVO ERAZO; and
LUIS ALMICAR ERAZO-CENTENO



CR 23 0002 USC

DEFENDANT(S).

---

# INDICTMENT

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(vi) – Conspiracy to Dist. & P.W.I.D. Fentanyl
21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) – P.W.I.D. Fentanyl
21 U.S.C. § 841(a)(1), (b)(1)(B)(i), (ii) – P.W.I.D. Heroin and Cocaine
21 U.S.C. § 841(a)(1), (b)(1)(C) – P.W.I.D. Fentanyl
18 U.S.C. § 3 – Accessory After the Fact
21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) – P.W.I.D. and Dist. of Methamphetamine
21 U.S.C. § 841(a)(1), (b)(1)(C) – P.W.I.D. and Dist. of Methamphetamine
21 U.S.C. § 853 – Forfeiture Allegation

_/s/_
A true bill.

_/s/ Foreperson of the Grand Jury_
Foreman

Filed in open court this 5th day of

January, 2023.

_Will_
Clerk

Bail, $ Warrant (1)

_Kandis Westmore_
Hon. Kandis A. Westmore, U.S. Magistrate Judge

| 1 | STEPHANIE M. HINDS (CABN 154284) |
| 2 | United States Attorney |

FILED

JAN 05 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 23 0002 JSC |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: |
| v. | ) 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(vi) – |
| | ) Conspiracy to Distribute and Possess with Intent to |
| MELVIN ALEXIS DIAZ ARTEAGA; | ) Distribute 400 Grams and More of a Mixture and |
| GUSTAVO ERAZO; and | ) Substance Containing Fentanyl; |
| LUIS ALMICAR ERAZO-CENTENO, | ) 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) – Possession |
| | ) with Intent to Distribute 400 Grams and More of a |
| Defendants. | ) Mixture and Substance Containing Fentanyl; |
| | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) – Possession |
| | ) with Intent to Distribute 100 Grams and More of a |
| | ) Mixture and Substance Containing Heroin; |
| | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) – Possession |
| | ) with Intent to Distribute 500 Grams and More of a |
| | ) Mixture and Substance Containing Cocaine; |
| | ) 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with |
| | ) Intent to Distribute a Mixture and Substance |
| | ) Containing Fentanyl; |
| | ) 18 U.S.C. § 3 – Accessory After the Fact; |
| | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession |
| | ) with Intent to Distribute and Distribution of 50 Grams |
| | ) and More of a Mixture and Substance Containing |
| | ) Methamphetamine; |
| | ) 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with |
| | ) Intent to Distribute and Distribution of a Mixture and |
| | ) Substance Containing Methamphetamine; |
| | ) 21 U.S.C. § 853 – Forfeiture Allegation |
| | ) |
| | ) |
| |_____) |

INDICTMENT

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(vi) – Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing Fentanyl)

Beginning on a date unknown but no later than on or about September 16, 2022, and continuing to on or about November 16, 2022, in the Northern District of California, the defendants,

MELVIN ALEXIS DIAZ ARTEAGA; and
GUSTAVO ERAZO,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(vi).

COUNT TWO: (21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) – Possession with Intent to Distribute 400 Grams and More of a Mixture and Substance Containing Fentanyl)

On or about November 16, 2022, in the Northern District of California, the defendants,

MELVIN ALEXIS DIAZ ARTEAGA; and
GUSTAVO ERAZO,

did knowingly and intentionally possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

COUNT THREE: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) – Possession with Intent to Distribute 100 Grams and More of a Mixture and Substance Containing Heroin)

On or about November 16, 2022, in the Northern District of California, the defendants,

MELVIN ALEXIS DIAZ ARTEAGA; and
GUSTAVO ERAZO,

did knowingly and intentionally possess with intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(i).

COUNT FOUR: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(ii) – Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing Cocaine)

On or about November 16, 2022, in the Northern District of California, the defendants,

MELVIN ALEXIS DIAZ ARTEAGA; and
GUSTAVO ERAZO,

did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii).

COUNT FIVE: (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute a Mixture and Substance Containing Fentanyl)

On or about November 16, 2022, in the Northern District of California, the defendant,

LUIS ALMICAR ERAZO-CENTENO,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT SIX: (18 U.S.C. § 3 – Accessory After the Fact)

On or about November 16, 2022, in the Northern District of California, the defendant,

LUIS ALMICAR ERAZO-CENTENO,

knowing that an offense against the United States had been committed, to wit, possession with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), did receive, relieve, comfort, and assist the offenders, MELVIN ALEXIS DIAZ ARTEAGA and GUSTAVO ERAZO, in order to hinder and prevent the offenders' apprehension, trial, and punishment.

All in violation of Title 18, United States Code, Section 3.

//
//

| | |
|---|---|
| 1 | COUNT SEVEN: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine) |

On or about September 20, 2022, in the Northern District of California, the defendant,

**MELVIN ALEXIS DIAZ ARTEAGA,**

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

COUNT EIGHT: (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute and Distribution of a Mixture and Substance Containing Methamphetamine)

On or about October 5, 2022, in the Northern District of California, the defendant,

**MELVIN ALEXIS DIAZ ARTEAGA,**

did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION: (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

1. Upon conviction of any of the offenses alleged in Counts 1–8, above, the defendants,

> MELVIN ALEXIS DIAZ ARTEAGA;
> GUSTAVO ERAZO; and
> LUIS ALMICAR ERAZO-CENTENO,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment and $50,086 of U.S. Currency.

2. Upon conviction of any of the offenses alleged in Counts One, Two, Three, Four, Seven, and Eight, above, the defendants,

INDICTMENT 4

| | |
|---|---|
| 1 | MELVIN ALEXIS DIAZ ARTEAGA; and |
| 2 | GUSTAVO ERAZO, |

3  shall forfeit to the United States all right, title, and interest in any property constituting and derived from
4  any proceeds defendants obtained, directly or indirectly, as a result of such violations, and any property
5  used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such
6  violations, including but not limited to a forfeiture money judgment and the following:

7      a. Two semi-automatic firearms recovered by law enforcement from 2130 Ashby
8         Avenue, Apartment #8, Berkeley, California, 94705, on November 16, 2022; and
9      b. Ammunition recovered by law enforcement from 2130 Ashby Avenue, Apartment
10        #8, Berkeley, California, 94705, on November 16, 2022.

11   3. If any of the property described above, as a result of any act or omission of the
12 defendants:

13     a. cannot be located upon exercise of due diligence;
14     b. has been transferred or sold to, or deposited with, a third party;
15     c. has been placed beyond the jurisdiction of the court;
16     d. has been substantially diminished in value; or
17     e. has been commingled with other property which cannot be divided without
18        difficulty,

19 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
20 United States Code, Section 853(p).

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT     5

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: January 5, 2023

A TRUE BILL.

/s/

_/s/ Foreperson_
FOREPERSON
Oakland, California

STEPHANIE M. HINDS
United States Attorney

_/s/ Nicholas Parker_
NICHOLAS M. PARKER
Assistant United States Attorney

INDICTMENT 6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 05 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. Diaz; Erazo; and Erazo-Centeno

**CASE NUMBER:** CR 23 0002 USC

CR

| Field | | | |
|---|---|---|---|
| Is This Case Under Seal? | Yes | No ✓ | |
| Total Number of Defendants: | 1 | 2-7 ✓ | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ |
| Is this a potential high-cost case? | Yes | No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ | |
| Is this a RICO Act gang case? | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Nicholas M. Parker

**Date Submitted:** Jan. 5, 2023

**Comments:**

Prior proceedings for defendant DIAZ were recorded under Case No. 3:22-mj-71287 MAG

Prior proceedings for defendant ERAZO were recorded under Case No. 3:22-mj-71495 MAG

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)